## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**IRINA COLLIER,**

     **Plaintiff,**

**v.**                                          **Case No. 1:24-cv-90-AW-MJF**

**CHARLES WADE COLLIER,**

     **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends dismissal for lack of jurisdiction and for failure to comply with a court order. ECF No. 16. Plaintiff has filed no objection. Having carefully considered the matter, I now adopt the report and recommendation in full and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for lack of subject-matter jurisdiction and for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on November 25, 2024.

s/ *Allen Winsor*_____
United States District Judge